IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO: 23-02311-MAG |
| SANDRA JEANNETTE MENDEZ GONZALEZ | |
| | CHAPTER 13 |
| DEBTOR | |

**MOTION FOR RECONSIDERATION OF ORDER TO DISMISS THE CASE**

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR, SANDRA JEANNETTE MENDEZ GONZALEZ,** through the undersigned attorney and respectfully states and prays:

1. The present case was filed on July 28, 2023.

2. On January 29, 2024, the case was dismiss. See docket no. 38.

3. The debtor had to take care of her mother which had health issues. Said issue prevented debtor from proving counsel with the documentation requested by the trustee, nonetheless the debtor has resolve and is currently gathering the documents requested by the trustee.

4. Debtor has become up to date with plan payments.

5. The debtors did not intentionally fail to comply with the trustee and Court requirement and wants to continue with their chapter 13 case.

**WHEREFORE**, the debtor request that the Honorable Court set aside the order dismissing the case and order any other just relief it may deem necessary.

**(21 DAYS) NOTICE:** Within twenty one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were

served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all participants using the CM/ECF System and I hereby certify that I have mailed by first class mail, United States Postal Service the documents to the following non CM/ECF participants as per the attached mailing list.

In Sabana Grande, Puerto Rico this 29 day of May, 2024.

*/s/ Peter A. Santiago González*
PETER A. SANTIAGO GONZALEZ, ESQ
USDC-PR 304201
Attorney for Debtor
PO BOX 1414
SABANA GRANDE, Puerto Rico 00637
Phone (787) 396-9029
Quiebrapr@gmail.com